IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jerman Barton, | ) | C/A: 1:13-415-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Sergeant James Johnson, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This court recently entered an order requesting the parties to advise the court whether they would both consent to have the case tried in Columbia, South Carolina, rather than Charleston, South Carolina. The plaintiff has responded to this court's directive by again requesting appointment of counsel.

As the court explained in its previous order (ECF No. 47), the court intends to appoint counsel for the plaintiff. However, the location of the trial will determine whether this court appoints an attorney from Columbia or Charleston.

For this reason, the court once again directs the plaintiff to advise the court whether he will consent to have the venue of this case transferred from Charleston, South Carolina to Columbia, South Carolina. This means that the trial will take place in the courthouse in Columbia, and the jury will be selected from the jury box that serves Columbia.

Plaintiff's response is due 10 days from the date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 2, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge