IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerman Barton,<br><br>                Plaintiff,<br><br>v.<br><br>Sergeant James Johnson,<br><br>                Defendant. | C/A No.:   1:13-00415-JFA<br><br><br>ORDER |

      The South Carolina Department of Corrections is respectfully directed to transport the plaintiff, Jerman Barton (#338374), and two material witnesses, Darryl Fuller (#325001) and Demar Moore (#291909), to the United States District Courthouse, 901 Richland Street, Columbia, South Carolina on Tuesday, March 4, 2014 by 9:30 a.m., for the purpose of trying this case to a jury. It is anticipated that the trial can be concluded in two days.

      The clerk shall send a copy of this order to the United States Marshall Service.

      IT IS SO ORDERED.

February 28, 2014                              Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge