IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jerman Barton, | C/A No.:  1:13-00415-JFA |
| Plaintiff, | |
| v. | ORDER |
| Sergeant James Johnson, | |
| Defendant. | |

The South Carolina Department of Corrections is respectfully directed to transport the plaintiff, Jerman Barton (#338374), and two material witnesses, Darryl Fuller (#325001) and Demar Moore (#291909), to the United States District Courthouse, 901 Richland Street, Columbia, South Carolina on Tuesday, March 4, 2014 by 9:30 a.m., for the purpose of trying this case to a jury.  It is anticipated that the trial can be concluded in two days.

The clerk shall send a copy of this order to the United States Marshall Service.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

February 28, 2014                              Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge